IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HERITAGE RESOURCES - NONOP, LLC, ) ) ) Plaintiff/Counterclaim Defendant ) ) ) vs. ) ) MARATHON OIL COMPANY, ) ) Defendant/Counterclaimant ) | Case No. CIV-20-1148-C |

**AGREED ORDER REGARDING PLAINTIFF'S MOTION TO REMAND**

Before the Court is Plaintiff's Motion to Remand (Doc. No. 9).  Plaintiff filed this Motion on December 23, 2020, asserting that diversity jurisdiction does not exist. Subsequent to the filing of the Motion, counsel for defendant notified counsel for plaintiff that defendant does not oppose remand to state court.  Plaintiff immediately filed a Notice with the Court advising of the same. (Doc. No. 10).

Accordingly, Plaintiff's unopposed Motion to Remand is **GRANTED.**  This action is **REMANDED** to the District Court of Canadian County, State of Oklahoma, pursuant to 28 U.S.C. § 1447(c).  Each party is to bear its own costs, fees, and expenses related to proceedings in this Court.

IT IS SO ORDERED this 29th day of December 2020.

ROBIN J. CAUTHRON
United States District Judge

APPROVED AS TO FORM:


*/s/ Eric L. Combs*
Eric L. Combs, OBA No. 31024
Will T. Jordan, OBA No. 31919
LYTLE SOULÉ & FELTY, P.C.
119 N. Robinson, Suite 1200
Oklahoma City, OK 73102
Tel: (405) 235-7471
Fax: (405) 232-3852
combs@lytlesoule.com

**ATTORNEYS FOR PLAINTIFF**



*/s/ L. Vance Brown*
(*Signed w/ Permission to Filing Attorney*)
L. Vance Brown, OBA No. 10743
Elisabeth D. Brown, OBA No. 30503
Amy C. Patrick, OBA No. 33583
**ELIAS, BOOKS, BROWN & NELSON, P.C.**
Two Leadership Square
211 N. Robinson, Suite 1300
Oklahoma City, OK 73102
Telephone:  405-232-3722
Facsimile:  405-232-3756
Email:   vbrown@eliasbooks.com
         ebrown@eliasbooks.com
         jbomhoff@eliasbooks.com



**ATTORNEYS FOR DEFENDANT
MARATHON OIL COMPANY**